UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EDWARD BOWDEN, | No. 2:18-CV-02062-WBS-AC |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

----oo0oo----

After reviewing the parties' Joint Status Report (Docket No. 11), the court hereby continues the Status (Pretrial Scheduling) Conference scheduled for March 4, 2019, to April 15, 2019, at 1:30 p.m.

Following the appearance of defendant State of California in the case, the parties shall confer as contemplated by Federal Rule of Civil Procedure 26 and Local Rule 240(b). The parties are ordered to submit, at least seven (7) days prior to the status conference, a joint status report that includes the Rule 26(f) discovery plan. All named parties are to participate

1

in the preparation and completion of the report, and the parties shall ensure that the report addresses each matter enumerated in paragraph five of the Order Setting Status (Pretrial Scheduling) Conference (Docket No. 2).

IT IS SO ORDERED.

Dated: February 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE