IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**EDWARD BOWDEN,**

Plaintiff,

**v.**

**STATE OF CALIFORNIA, et al.,**

Defendant.

Case No. 2:18-cv-02062-WBS-AC

**ORDER**

The Court has considered Defendant California Department of Corrections and Rehabilitation's request for a ten-day extension of time to respond to Plaintiff's Complaint. There being no objection, and good cause appearing for this request, Defendant California Department of Corrections and Rehabilitation shall have until March 18, 2019, to file their responsive pleading.

**IT IS SO ORDERED.**

Dated: March 11, 2019

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2019100848
13519781.docx

1