1  CRAIG L. JUDSON - 114926
   SHARON M. NAGLE – 179124
2  Bold, Polisner, Maddow, Nelson & Judson
   A Professional Corporation
3  2125 Oak Grove Road, Suite 210
   Walnut Creek, CA 94598
4  (925) 933-7777 – Telephone
   (925) 933-7804 – Fax
5  Email: snagle@bpmnj.com

6  Attorneys for Defendant
   Rosa Junqueiro, Chief Executive
7  Officer, Superior Court of California,
   County of San Joaquin

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BOWDEN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendants. | Case No. 2:18-CV-02062-WBS-AC<br><br>ORDER GRANTING PERMISSION TO APPEAR BY TELEPHONE AT HEARING ON MS. JUNQUEIRO'S MOTION TO DISMISS<br><br>Date:   July 1, 2019<br>Time:.  1:30 p.m.<br>Courtroom:  5 |

Good cause appearing therefor, counsel for Ms. Junqueiro's request to appear by telephone at the July 1, 2019 hearing on her motion to dismiss is hereby GRANTED.

The courtroom deputy shall email Ms. Junqueiro's counsel, Sharon M. Nagle, at snagle@bpmnj.com with instructions on how to participate in the telephone conference call. Counsel shall immediately confirm receipt of said email.

IT IS SO ORDERED.

Dated: June 18, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE