**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
David R. Norton, SBN 291448
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SAN JOAQUIN and SAN JOAQUIN COUNTY SHERIFF'S OFFICE

**UNITED STATES EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD BOWDEN, | CASE NO. 2:18-cv-2062-WBS-AC |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF COUNTY OF SAN JOAQUIN AND SAN JOAQUIN COUNTY SHERIFF'S OFFICE AND ORDER** |
| v. | |
| STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, COUNTY OF SAN JOAQUIN, SAN JOAQUIN COUNTY SHERIFF'S OFFICE, and DOES 1 TO 100, in their individual and official capacity, | Complaint Filed: 03/16/2017
Trial: 05/18/2021 |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff EDWARD BOWDEN and Defendants COUNTY OF SAN JOAQUIN and SAN JOAQUIN COUNTY SHERIFF'S OFFICE, that this action be dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

/ / /

/ / /

IT IS SO STIPULATED.

Dated: April 8, 2021                                              PORTER SCOTT
                                                                 A PROFESSIONAL CORPORATION


                                                                 By  /s/ David R. Norton
                                                                     Carl L. Fessenden
                                                                     David R. Norton
                                                                     Attorneys for Defendants


Dated: April 8, 2021                                              LAW OFFICE OF KATHLEEN CRIST


                                                                 By  /s/ Kathleen Crist (as approved on 4/8/21)
                                                                     Kathleen Crist
                                                                     Attorney for Plaintiff

### ORDER

Having reviewed the Stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice. Each party is to bear their own fees and costs, including all attorneys' fees.

Dated: April 8, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE